USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

UNITED STATES OF AMERICA

    -against-

JOHN HUGHES,

                          Defendant.

------------------------------------------------------------- X

15-CR-537 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

WHEREAS a hearing is scheduled for **December 10, 2020 at 9:00 a.m.**

IT IS HEREBY ORDERED: Members of the public may attend the hearing by dialing 855-268-7844, using the access code 32091812 and the security code 9921299. Any recording of the hearing is strictly prohibited.

**SO ORDERED.**

Date: **December 8, 2020**
      **New York, NY**

_____
 **VALERIE CAPRONI**
 **United States District Judge**