```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
   UNITED STATES OF AMERICA       :
                                             :      15-CR-537 (VEC)
          -against-                   :
                                             :      ORDER
   JOHN HUGHES,                         :
                                             :
                      Defendant.      :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 25, 2020, Defendant filed a § 2255 petition to vacate his § 924(c) conviction in light of *United State v. Davis* (Dkt. 1506);

WHEREAS on July 24, 2020, the Government indicated that it did not intend to oppose Defendant's petition (Dkt. 1523);

IT IS HEREBY ORDERED:

1. Defendant's conviction is VACATED.

2. Defendant's § 2255 petition is DISMISSED as moot.

The Clerk of Court is respectfully directed to close the open motion at docket entry 1506 in 15-cr-537 and close the corresponding civil case (20-CV-4967).

**SO ORDERED.**

Date: December 10, 2020
      New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**