USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/8/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA                :
                                         :   15-CR-537 (VEC)
        -against-                        :
                                         :   ORDER
JOHN HUGHES,                             :
                                         :
                        Defendant.       :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 7, 2022, Defendant filed a motion *pro se* requesting that the Court grant him 16 months' credit towards his current sentence, *see* Dkt. 1718; and

WHEREAS the Court construes Defendant's motion as a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255;

IT IS HEREBY ORDERED that the Clerk of Court is directed to open a civil case for Mr. Hughes's habeas petition. The document at 15-cr-537, docket entry 1718, should be entered as docket entry 1 in the new civil case.

The Clerk of Court is further directed to close the open motion at docket entry 1718 in 15-cr-537 and mail a copy of this Order to the *pro se* Defendant.

**SO ORDERED.**

Date: July 8, 2022
New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**