UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN HUGHES,

                         Movant,

          -against-

UNITED STATES OF AMERICA,

                      Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/2026

15-CR-0537 (VEC)

22-CV-5839 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

The parties are directed to appear on **Friday, May 15, 2026, at 11:00 a.m.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007. If Mr. Hughes has obtained verified employment by this point in time (as confirmed by Probation), then this conference will be canceled. Otherwise, Mr. Hughes will need to explain his efforts to secure employment to the Court.

**SO ORDERED.**

**Dated:    April 27, 2026**
**        New York, New York**

_____
      **VALERIE CAPRONI**
    **United States District Judge**