UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/14/2026
```

-------------------------------------------------------------    X

UNITED STATES OF AMERICA                     :

         -against-                                          :

JOHN HUGHES,                                             :

                                  Defendant.        :

-------------------------------------------------------------    X

:    15-CR-537 (VEC)

:    22-CV-5839 (VEC)

:    <u>ORDER</u>

VALERIE CAPRONI, United States District Judge:

      WHEREAS the Court has received notification from Probation that Mr. Hughes has reported employment, and Probation is in the process of verifying said employment.

      IT IS HEREBY ORDERED that the conference scheduled for Friday, May 15, 2026, is now adjourned to **Friday, June 12, 2026, at 10:30 a.m.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.  Should Mr. Hughes maintain verified employment up until the time of the conference, then the Court will cancel it.

**SO ORDERED.**

Dated:    **May 14, 2026**
          **New York, New York**

_____
      **VALERIE CAPRONI**
     **United States District Judge**