UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

UNITED STATES OF AMERICA                      :
                                              :
        -against-                             :
                                              :
JOHN HUGHES,                                  :
                                              :
                          Defendant.          :

------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/2026

15-CR-537 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the Court has received notification from Probation that Mr. Hughes has verified full-time employment.

IT IS HEREBY ORDERED that the conference scheduled for Friday, June 12, 2026, is adjourned *sine die*.  A status report is due from Probation to the Court **no later than Tuesday, September 8, 2026**.

**SO ORDERED.**

Dated:    **June 9, 2026**
          **New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**